**J. W. BARFIELD, Appellant,**

v.

**STATE of Texas, Appellee.**

No. 27342.

Court of Criminal Appeals of Texas.

Jan. 19, 1955.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for the offense of murder without malice, and his punishment was assessed at 5 years in the penitentiary.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted and the appeal is dismissed.